# UNITED STATES DISTRICT COURT
## District of Minnesota

Cincinnati Insurance Company,

                     Plaintiff(s),

v.

Rymer Companies, LLC, Cannon Falls Mall, Inc.,

                     Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-1025 (ECT/TNL)

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion for Summary Judgment [ECF No. 134] is **DENIED**.

2. Plaintiff's Motion to Confirm Arbitration Award [ECF No. 137] is **GRANTED**.

3. The action is **DISMISSED with prejudice**.

Date: 10/22/2024

KATE M. FOGARTY, CLERK